JOHN D. GOLDBERG, complainant,

*v.*

MARY LEVY et al., defendants.

[Decided May 16th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Church, whose opinion is reported in *99 N. J. Eq. 634.*

*Mr. Joseph Sasskind,* for the complainant.

*Mr. William Greenfield,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.